1048

[No. 30593-3-II. Division Two. May 18, 2004.]

WELLS FARGO BANK MINNESOTA, *Respondent*, v. JAMES G. VINCENT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-01972-6, John P. Wulle, J., entered July 9, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J. Now published at 124 Wn. App. 1.

[No. 31285-9-II. Division Two. May 18, 2004.]

*In the Matter of the Marriage of* LEE TASS DE STAEL, *Respondent*, and HEATHER L. DE STAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-3-01876-1, Roger A. Bennett, J., entered Deember 4, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[No. 50206-9-I. Division One. May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. MCDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00064-6, Susan K. Cook, J., entered November 20, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.